IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
**(Northern Division)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | CASE NO. 24-CR-0034 RDB |
| v. | * | |
| RODNEY BURTON, | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**RODNEY BURTON'S MOTION TO REOPEN DETENTION HEARING AND IMPOSE CONDITIONS OF RELEASE**

Rodney Burton, through undersigned counsel, pursuant to 18 U.S.C. § 3142(f), the United States Constitution, and all other applicable statutes, case law, and rules, moves this Court for an Order to Reopen the Detention Hearing and Set Conditions of Release. In support of this Motion, please see Mr. Burton's Memorandum of Law (Dkt. No. 62).

Respectfully submitted,

*/s/ Kobie Flowers*
Kobie Flowers
Fed. Bar # 16511
Flowers Keller LLP
1601 Connecticut Avenue, NW
Washington, D.C. 20009
o 202.993.1282
d 202.521.8742
kflowers@flowerskeller.com

Attorney for Rodney Burton